IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNY EUGENE SMITH,** | : | 3:18-cv-0739 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **MONROE COUNTY CORRECTIONAL FACILITY,** *et al.*, | : | |
| Defendants | : | |

FILED SCRANTON MAY 29 2018 PER ___ DEPUTY CLERK

## ORDER

AND NOW, to wit, this 29th day of May 2018, for the reasons set forth in the Court's Memorandum of this date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 8) for leave to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. The Clerk of Court is directed to ISSUE the Administrative Order to the Warden at Plaintiff's present place of incarceration.

3. Plaintiff's complaint (Doc. 1) is DISMISSED, without prejudice, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to CLOSE this case.

5. Plaintiff may file, on or before June 15, 2018, a proposed amended complaint to name proper defendants.

6. The proposed amended complaint shall be accompanied by a motion to reopen the case and contain the same case number that is already assigned to this action, 3:18-cv-0739.

7. The proposed amended complaint shall be direct, concise, and shall stand alone without reference to any other document filed in this matter or any other civil matter. See FED. R. CIV. P. 8(d)(1).

8. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims or improper defendants will be considered a failure to comply with an order of court and will result a denial of the motion to reopen and the striking of the proposed amended complaint. See FED. R. CIV. P. 20(a)(2).

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**